

[ WEAVER v. WOODBRIDGE ]

John Weaver plaint. ag^t Thomas Woodbridge Defendant in an action of the case for witholding his booke of accompts whereby hee is greatly disabled to make up a just accompt with the present Defendant & others to the damage of the plaintife about one thousand pounds & all other due damages according to Attachm^t Dat. January ,8th 1674. . . . The Jury . . . founde for the Defendant costs of Court

[ WEAVER v. WOODBRIDGE ]

John Weaver plaint. ag^t Thomas Woodbridge Defend^t according to Attachm^t Dat. January 8th 1674. The plaint. withdrew his accion upon entring bond in Court with the Defendant for an Arbitracion

[ DEANE v. BISHOP ]

Thomas Deane of Boston plaint. ag^t Thomas Bishop of Jpswich Defendant according to Attachment Dat. Decemb^r 16th 1674. The plaint. withdrew his action.